FILED
NOV 1 4 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
v. ) 4:19CR950 JAR/SPM
)
DANIEL JASSO-PINA, and )
GUSTAVO MORALES-CANO, )
)
    Defendants. )

## INDICTMENT
## COUNT ONE

The Grand Jury charges that:

On or about October 27, 2019, in St. Louis County, in the Eastern District of Missouri, the defendants,

**DANIEL JASSO-PINA,**
**and**
**GUSTAVO MORALES-CANO**

each of whom knew he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm, which had previously traveled in interstate or foreign commerce prior to being in the defendants' possession.

In violation of Title 18, United States Code, Section 922(g)(5)(A), and punishable under Title 18, United States Code, Section 924(a)(2).

                                                    A TRUE BILL.

                                                  FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KENNETH R. TIHEN #37325MO
Assistant United States Attorney